# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LAWRANCE D. MAHOMES, ADC #152147      PLAINTIFF

v.      NO. 4:15CV00546 JLH

NATHAN WATKINS, *et al*.      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted. (After Mahomes received Judge Harris's Proposed Findings and Recommended Disposition, he filed an amended complaint involving different events at a different time and different defendants. The amended complaint was filed without leave of court and does not concern the events that were alleged in the initial complaint. Therefore, the amended complaint is disregarded. If Mahomes wishes to file an action relating to the events described in his amended complaint, he must do so in a separate action.)

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

4. Plaintiff's motion for appointment of counsel is DENIED AS MOOT. Document #8.

DATED this 24th day of November, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE